IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 00-cr-00327-PAB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.    HASSAN HASS ZAGHMOT,
2.    ALAA DOUAIDARY,
3.    JARIO SPERLING,
4.    NABIL HOURIEH,

        Defendants.

## GOVERNMENT'S MOTION TO WITHDRAW DOCUMENT

The United States of America, by and through John F. Walsh, United States Attorney for the District of Colorado, and Stephanie Podolak, Assistant United States Attorney, hereby respectfully asks the Court to permit the Government to rescind and withdraw the Motion to Dismiss, dated June 11, 2012, and states and represents the Motion to Dismiss (Docket #228) was generated as the result of a misunderstanding or miscommunication about the case.

Accordingly, the government respectfully requests that its Motion To Withdraw Document be granted.

        Respectfully submitted,

        JOHN F. WALSH
        United States Attorney

By:   s/Stephanie Podolak
     STEPHANIE PODOALK
     Assistant United States Attorney
     U.S. Attorney's Office
     1225 17th Street, Suite 700
     Denver, CO. 80202
     Telephone (303) 454-0309
     Fax (303) 454-0401
     Stephanie.Podolak@usdoj.gov
     Attorney for Government

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 14th day of June, 2012, I electronically filed the foregoing **GOVERNMENT'S MOTION TO WITHDRAW DOCUMENT** with the Clerk of the Court using the CM/ECF system.

                              s/Lauren LeBoeuf
                              U.S. Attorney's Office