IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 00-cr-00327-PAB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     HASSAN HASS ZAGHMOT,
2.     ALAA DOUAIDARY,
3.     JARIO SPERLING,
4.     NABIL HOURIEH,

       Defendants.

**ORDER**

The Court has reviewed the file in this matter and considered the Government's motion to rescind and withdraw the Motion to Dismiss (Docket #228) filed June 11, 2012. The Government indicates the Motion to Dismiss (Docket #228) was filed by mistake. The Court is sufficiently advised in the premises. The Government's Motion to Dismiss (Docket #228) is withdrawn. It is so ordered.

DATED this _____ day of _____, 2012.

                      BY THE COURT:

                      _____
                      PHILLIP A. BRIMMER, JUDGE
                      UNITED STATES DISTRICT COURT
                      DISTRICT OF COLORADO